IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG FRAZIER, | : | CIVIL ACTION |
|       Plaintiff, | : | |
| v. | : | No. 11-1863 |
| | : | |
| EXIDE TECHNOLOGIES, | : | |
|       Defendant. | : | |
| | : | |

**ORDER**

AND NOW, this 10th day of February, 2012, upon consideration of Defendant, Exide Technologies, "Motion to Dismiss In Part" (Doc. No. 9) and Plaintiff's response thereto, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **GRANTED in PART** and **DENIED in PART** as follows:

1. Defendant's motion regarding Plaintiff's national origin and retaliation claims (Count I) is **DENIED**; and

2. Defendant's motion regarding Plaintiff's intentional infliction of emotional distress claim (Count II) is **GRANTED.**

                                                    **BY THE COURT:**

                                                    /s/ Mitchell S. Goldberg

                                                    **MITCHELL S. GOLDBERG, J.**