**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **CRAIG FRAZIER,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 11-1863** |
| | : | |
| **EXIDE TECHNOLOGIES,** | : | |
| | : | |
| **Defendant.** | : | |

_____:

### ORDER

**AND NOW**, this  8th day of November, 2016, upon consideration of "Defendant's Motion for Summary Judgment" (Doc. No. 27), the response and reply thereto, it is hereby **ORDERED** that Defendant's motion is **GRANTED** with respect to Plaintiff's hostile work environment claim and disparate treatment claim. Defendant's motion is **DENIED** with respect to Plaintiff's retaliation claim.

A telephone conference to discuss scheduling a trial date and other pretrial matters is **SCHEDULED** for 11:00 a.m. on Wednesday, December 7, 2016. Counsel for Plaintiff shall initiate the phone call with counsel for Defendant prior to contacting chambers.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____

**Mitchell S. Goldberg, J.**